```
                    FILED
                  JUN 10 2014
              CLERK, U.S. DISTRICT COURT
                 DISTRICT OF NEVADA
              BY_____
                                 DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) 2:13-CR-201-APG-(GWF) |
| VICTOR RODARTE, | ) |
| Defendant. | ) |

**FINAL ORDER OF FORFEITURE AS TO VICTOR RODARTE**

On March 6, 2014, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2428(b)(1)(A) forfeiting property of defendant VICTOR RODARTE to the United States of America. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 19; Preliminary Order of Forfeiture, ECF No. 20; Change of Plea, ECF No. 21.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED, pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) and Title 18, United States Code, Section 2428(b)(1)(A), that the Preliminary Order of Forfeiture (ECF No. 20), listing the following asset, is final as to defendant VICTOR RODARTE:

. . .

. . .

. . .

. . .

a 2001 Lincoln Navigator, VIN number 5LMEU27R81LJ31759, with Nevada license plate 694YSE.

DATED this 10th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE