UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                     )<br>           Plaintiff,                         )<br>                                                     )<br>    v.                                            )   2:13-CR-201-APG-(GWF)<br>                                                     )<br>VICTOR RODARTE,                     )<br>                                                     )<br>           Defendant.                      )  | |

**FINAL ORDER OF FORFEITURE**

On March 6, 2014, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2) and Title 18, United States Code, Section 2428(b)(1)(A) based upon the plea of guilty by defendant VICTOR RODARTE to the criminal offense, forfeiting the property set forth in the Plea Agreement and the Forfeiture Allegation of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which defendant VICTOR RODARTE pled guilty. Criminal Indictment, ECF No. 1; Plea Agreement, ECF No. 19; Preliminary Order of Forfeiture, ECF No. 20; Change of Plea, ECF No. 21.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from March 9, 2014, through April 7, 2014, notifying all potential third parties; and notified known third parties by personal service or by regular mail and certified mail return receipt requested, of their right to petition the Court. USM Return, ECF No. 22; Notice of Filing Proof of Publication, ECF No.

23; Notice of Filing Service of Process - Mailing, ECF No. 24; Notice of Filing Service of Process – Personal Service, ECF No. 31.

On March 24, 2014, an unsuccessful attempt to personally serve Margarita Orozco, 243 Kansas Ave., Henderson, NV 89015, with the Notice and Preliminary Order of Forfeiture was made. The residence appeared to be vacant. USM Return, ECF No. 22.

On March 24, 2014, Steven M. Jones, President, Credit Acceptance Corporation, 25505 W. 12 Mile Road, Southfield, MI 48034, was served by regular and certified return receipt mail with the Notice and Preliminary Order of Forfeiture.  Notice of Filing Service of Process - Mailing, ECF No. 24.

On March 28, 2014, CSC Services of Nevada, Inc., Registered Agent for Credit Acceptance Corporation, 2215-B Renaissance, Dr., Las Vegas, NV 89119, was personally served with the Notice and Preliminary Order of Forfeiture. Notice of Filing Service of Process – Personal Service, ECF No. 31, p. 2-8.

On June 17, 2014, June 20, 2014, and June 25, 2014, unsuccessful attempts to personally serve Margarita Orozco, 785 Spotted Eagle, Henderson, NV 89105, with the Notice and the Preliminary Order of Forfeiture were made. Notice of Filing Service of Process – Personal Service, ECF No. 31 p. 9-16.

On August 21, 2014, Task Force Officer Chris Holman declared that law enforcement had exhausted its efforts in attempting to serve Margarita Orozco. Notice of Filing Service of Process – ECF No. 31, p. 17.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the

United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2428(b)(1)(A); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

    a 2001 Lincoln Navigator, VIN number 5LMEU27R81LJ31759, with Nevada license plate 694YSE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

Dated: August 28, 2014.

_____
UNITED STATES DISTRICT JUDGE